# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ATLANTIC RICHFIELD COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, NL INDUSTRIES, INC., PPG INDUSTRIES, INC., AND THE SHERWIN-WILLIAMS COMPANY,

Respondents

v.

THE COUNTY OF LEHIGH, PENNSYLVANIA,

Petitioner

:  No. 307 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.